# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA VELARDI,** | : | |
| **Appellant,** | : | **CIVIL ACTION NO. 3:16-1120** |
| **v.** | : | **(JUDGE MANNION)** |
| **COUNTRYWIDE BANK, FSB,** *et al.,* | : | |
| **Appellees.** | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)    The February 24, 2016 and June 2, 2016 orders of the United States Bankruptcy Court for the Middle District of Pennsylvania granting the appellees' motions to dismiss, entering judgment in favor of the appellees, and dismissing the appellant's underlying adversary complaint are **AFFIRMED**;

(2)    The instant appeal, (Doc. 1), is **DENIED**; and

(3)    The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 3, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1120-01-ORDER.wpd